IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARS ASPENLIND,

    Plaintiffs,                      CIV. NO. S-11-0366 MCE GGH

    vs.

SPARTAN MORTGAGE SERVICES, et al.,

    Defendants.                   ORDER

/

        Defendants Seville Equities, Sutherland and Gray's motion to dismiss presently is calendared for hearing on April 21, 2011. Also before the court is plaintiff's motion to amend the complaint, filed March 9, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motions. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The April 21, 2011 hearing on the motion to dismiss, filed March 14, 2011, is vacated; and

        2. The motion to dismiss and motion to amend are submitted on the record.

DATED: April 11, 2011

                                    /s/ Gregory G. Hollows

                                    U. S. MAGISTRATE JUDGE