IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARS ASPENLIND,

      Plaintiff,                                      CIV. NO. S-11-0366 MCE GGH

    vs.

SPARTAN MORTGAGE SERVICES, et al.,

      Defendants.                              ORDER TO SHOW CAUSE

/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order requiring timely service filed February 9, 2011, plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed February 9, 2011, and plaintiff has not yet served defendants Kindopp, North American Title, and California Moving Company with summons. Furthermore, this court's order of August 9, 2011, reminded plaintiff that these defendants still had not been served.

\\\\\

\\\\\

\\\\\

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       Plaintiff shall show cause, in writing, within fourteen days from the date of this
3 order, why defendants Kindopp, North American Title, and California Moving Company should
4 not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m).  Failure to
5 <u>timely</u> file the required writing will result in a recommendation that these defendants be
6 dismissed.

7 DATED: November 17, 2011

8         /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

9 GGH:076/Aspenlind0366.osc2.wpd