IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARS ASPENLIND,

      Plaintiff,         CIV S-11-0366 MCE GGH PS

      vs.

SPARTAN MORTGAGE
SERVICES, et al.,

      Defendants.       ORDER

_____/

  On November 14, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

  Accordingly, the court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

  The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\

1

Accordingly, IT IS ORDERED that the Findings and Recommendations filed November 14, 2011, are ADOPTED and

1. The motion to dismiss by defendants Seville Equities, LLC, Sutherland, and Gray, filed March 14, 2011, (dkt. # 11), is granted and these defendants are dismissed with prejudice.

2. The following claims are dismissed with prejudice against all defendants: RICO (nineteenth cause of action), 42 U.S.C. § 1983 (Twenty-second cause of action), 42 U.S.C. § 1985 (Twenty-third Cause of Action), and 42 U.S.C. § 1986 (Twenty-fourth Cause of Action).

Dated: December 16, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE