1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LARS ASPENLIND,                              No. 2:11-cv-00366 MCE GGH PS

12          Plaintiff,

13      vs.                                        ORDER

14   SPARTAN MORTGAGE SERVICES, et al.,

15          Defendants.

16   _____/

17       On December 14, 2011, the magistrate judge filed findings and recommendations herein

18   which were served on the parties and which contained notice that any objections to the findings

19   and recommendations were to be filed within fourteen days.  No objections were filed.

20       Accordingly, the Court presumes any findings of fact are correct.  See Orand v. United

21   States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

22   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

23   1983).

24       The Court has reviewed the applicable legal standards and, good cause appearing,

25   concludes that it is appropriate to adopt the Findings and Recommendations in full.

26   ///

1

1      Accordingly, IT IS ORDERED that the Findings and Recommendations filed

2  December 14, 2011, are ADOPTED and defendants Kindopp, North American Title, and

3  California Moving Company are DISMISSED without prejudice.  See Local Rule 11-110; Fed.

4  R. Civ. P. 41(b).

5   Dated:  January 18, 2012

6

7                   MORRISON C. ENGLAND, JR.
                      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26