IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARS ASPENLIND,

    Plaintiffs,                              CIV. NO. S-11-0366 MCE GGH

  vs.

SPARTAN MORTGAGE SERVICES, et al.,

    Defendants.                        <u>ORDER AND</u>
                                                    <u>ORDER TO SHOW CAUSE</u>

_____/

        Previously pending on this court's law and motion calendar for May 10, 2012, was defendants Spartan Mortgage Services, Inc. and Red Shield Servicing, Inc.'s motion to compel discovery, filed April 11, 2012. Robert Iseley appeared for defendants. Plaintiff made no appearance and filed no opposition.

        Accordingly, IT IS ORDERED that:

        1. Defendants Spartan Mortgage Services, Inc. and Red Shield Servicing, Inc.'s motion to compel responses to interrogatories and request for production of documents, filed April 11, 2012, (dkt. no. 36), is granted;

        2. Plaintiff shall respond to the discovery at issue within fourteen (14) days of this order; and

\\\\\

1

3. Plaintiff shall show cause within fourteen (14) days of this order why his action should not be dismissed for failure to prosecute. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: May 10, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Aspenlind0366.osc3.wpd